IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD R. SCOTT, SR., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 08-1663 |
| | : | |
| DAVID D. DIGUGLIELMO, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this ___1st___ day of May, 2009, Defendants' Motion to Dismiss Amended Complaint, Change Venue and Strike Jury Demand  (Doc. #31) is **GRANTED** in part and **DENIED** in part:

- Defendants' Motion to Dismiss Count One is **GRANTED.**

- Defendants' Motion to Dismiss Count Two is **GRANTED** as to Defendants DiGuglielmo, Murray, and Scott and **DENIED** as to Defendant Beard.

- Defendants' Motion to Dismiss Count Three is **GRANTED.**

- Defendants' Motion to Change Venue is **DENIED.**

- Defendants' Motion to Strike Jury Demand is **GRANTED**.

Additionally, Defendants' Motion for a More Definite Statement in the Alternative (Doc. # 39) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: